Nicole C. Hancock, ISB No. 6899
Email: *nchancock@stoel.com*
Sara M. Berry, ISB No. 7723
Email: *smberry@stoel.com*
STOEL RIVES LLP
101 S Capitol Boulevard, Suite 1900
Boise, ID  83702
Telephone:  (208) 389-9000
Facsimile:  (208) 389-9040

Attorneys for Defendant

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| AMANDA DOZIER,<br><br>      Plaintiff,<br><br>    v.<br><br>SUNBEAM PRODUCTS INC., a Florida Corporation, and John and Jane Does I through X, whose true identities are presently unknown,<br><br>      Defendants. | Case No.<br><br>**NOTICE OF REMOVAL** |

       Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Sunbeam Products Inc., an entity incorporated under the laws of Delaware and with its principle place of business in Florida ("Sunbeam"), by and through its undersigned counsel of record Stoel Rives LLP, and without waiver of any defenses, files this Notice of Removal of the above action from the District Court of the Fourth Judicial District of the State of Idaho to the United States District Court for the District of Idaho.  Pursuant to Idaho District Court Local Rule of Civil Practice 81.1, a true,

**NOTICE OF REMOVAL - 1**

correct, and complete copy of the state court record and Register of Actions are attached to the Affidavit of Nicole C. Hancock in Support of Notice of Removal filed herewith.

## I.  BACKGROUND

1. Plaintiffs commenced this action by filing a Verified Complaint and Demand for Jury Trial (the "Complaint") on May 29, 2014, in the District Court for the Fourth Judicial District of the State of Idaho, in and for the County of Ada, Case No. CV PI 14-1410215.

2. Copies of the Complaint and Summons were personally served on Sunbeam through its Idaho agent of record, CT Corporation System, on June 12, 2014.  True and correct copies of the Complaint and the Summons to Sunbeam are attached as Exhibits to the Affidavit of Nicole C. Hancock ("Hancock Aff.") filed herewith.  Undersigned counsel have filed a Notice of Appearance on behalf of Sunbeam in the initial proceedings, and no other pleadings have been filed in this case to date.

3. Under 28 U.S.C. § 1446(b), this Notice of Removal must be filed within 30 days of the service of the Complaint and Summons.  Since this Notice is filed on July 14, 2014, removal is timely.

4. The time for Sunbeam to answer, move, or otherwise plead with respect to the Complaint has not yet expired.

5. Concurrently with the filing of this Notice, Sunbeam is serving this Notice on Plaintiffs' counsel and filing a copy of the Notice with the Clerk of the District Court for the Fourth Judicial District of the State of Idaho, in and for the County of Ada.  Venue is proper in this Court pursuant to 28 U.S.C. §§ 92 and 1441(a), because the United States District Court for the District of Idaho is the federal judicial district and division embracing the District Court for the Fourth Judicial District of the State of Idaho, in and for the County of Ada, where this action was originally filed.

**NOTICE OF REMOVAL - 2**

6. By filing a Notice of Removal in this matter, Sunbeam does not waive its rights to object to service of process, the sufficiency of process, jurisdiction over the person, venue, or standing, and Sunbeam reserves the right to assert any defenses and/or objections to which it may be entitled.

## II.  GROUNDS FOR REMOVAL

7. This Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. Diversity jurisdiction exists where the amount in controversy exceeds $75,000, exclusive of interest and costs, and the suit is between citizens of different states. *Lee v. Am. Nat'l Ins. Co.*, 260 F.3d 997, 1004 (9th Cir. 2001).

**A.     Diversity Of Citizenship Exists Between the Properly-Joined Parties.**

8. On information and belief and as alleged in ¶ 1 of the Complaint, Plaintiff Amanda Dozier is now and was at the time the state action was commenced, a resident and citizen of the state of Idaho, residing in Ada County, Idaho.

9. At the time Plaintiff commenced this action and as of the date of this Notice, Sunbeam was incorporated under the laws of the state of Delaware. Sunbeam's headquarters and principal place of business is in the state of Florida. Affidavit of Nicole C. Hancock in Support of Notice of Removal ("Hancock Aff."), ¶ 2, filed contemporaneously herewith. Accordingly, the requirement of complete diversity is satisfied. *See* 28 U.S.C. § 1332(a).

**B.     The Amount in Controversy Requirement is Satisfied.**

10. Plaintiff has demanded compensatory damages for lost wages and medical expenses in the amount of $16,384.25. Additionally, Plaintiff has demanded payment for general damages for pain and suffering, ongoing physical pain, emotional stress, permanent disfigurement, loss of enjoyment of life, and loss of consortium due to Sunbeam's alleged negligence, strict liability, design defect, failure to warn, and breach of warranty, together with

punitive damages. Complaint ¶¶ 9-42 and Demand. Prior to filing the Complaint, Plaintiff demanded a sum in excess of $266,000 in compensation for her injuries, losses, and other damages. The demand letter from Plaintiff's counsel is attached to the Hancock Aff. as Ex. E. "A settlement letter is relevant evidence of the amount in controversy if it appears to reflect a reasonable estimate of the plaintiff's claim." *Cohn v. Petsmart, Inc.*, 281 F.3d 837, 840 (9th Cir. 2002). On these facts, Sunbeam reasonably believes and therefore avers that the amount in controversy as pled by Plaintiff in the Complaint exceeds $75,000, exclusive of interest and costs. Accordingly, the amount in controversy requirement is satisfied. *See* 28 U.S.C. § 1332(a); *see also* 28 U.S.C. § 1446(b)(3), (c)(3)(A).

11. This Court therefore has original jurisdiction over this case under 28 U.S.C. § 1332(a)(1) because this is an action between citizens of different states and the amount in controversy, exclusive of costs and interest, exceeds $75,000.

10. Because 28 U.S.C. § 1332(a) confers federal subject matter jurisdiction over this action, removal of the state court action to this Court is proper under 28 U.S.C. § 1441.

WHEREFORE, because there is complete diversity of citizenship between the parties and the amount in controversy, exclusive of interest and costs, exceeds $75,000.00, Sunbeam removes this action from the District Court of the Fourth Judicial District of the State of Idaho to the United States District Court of the District of Idaho.

DATED: July 14, 2014.

        STOEL RIVES LLP

        /s/ Nicole C. Hancock
        Nicole C. Hancock
        Sara M. Berry
        Attorneys for Defendant

**NOTICE OF REMOVAL - 4**

## CERTIFICATE OF SERVICE

I hereby certify that on July 14, 2014, I served a copy of the foregoing **NOTICE OF REMOVAL** on CM/ECF Registered Participants as reflected on the Notice of Electronic Filing as follows:

      Patrick C. Kershisnik – *kershisniklaw@gmail.com*

      John S. Grover – *john.kershisniklaw@gmail.com*

      Attorneys for Plaintiff

      /s/ Nicole C. Hancock
      Nicole C. Hancock

**NOTICE OF REMOVAL - 5**